**Chauncey A. WILLIAMS, Plaintiff–Appellant,**

v.

**J.E. PARKS, Director, Offender Management Services; M.L. Taylor, Chief of Operations, Central Region; D.B. Everett, Chief of Operations, Eastern Region.; G. Robinson, Manager, Ombudsman Services Unit; H.J. Ponton, Jr., Warden, (N.C.C.); R. Woodson, Eastern Region Ombudsman; M.M. Vargo, Warden (SSX II), Defendants–Appellees.**

No. 14–6601.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 21, 2014.

Decided: Aug. 26, 2014.

Chauncey A. Williams, Appellant Pro Se.

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chauncey A. Williams appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012), and denying his motion to amend the judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Parks,* No. 1:13–cv–00823–TSE–IDD (E.D.Va. Mar. 18, 2014 & Apr. 3, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*